

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2016

No. 04-16-00594-CR

**IN RE** Francisco **MEDINA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Jason Pulliam, Justice

On September 19, 2016, Relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than October 6, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on September 22, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause Number 5625 and 5626, styled *State of Texas v. Francisco Medina*, pending in the 216th Judicial District Court, Kendall County, Texas, the Honorable N. Keith Williams presiding.